**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Emmanuel Jerome GARDNER,
Defendant–Appellant.**

No. 06–6763.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 21, 2007.

Emmanuel Jerome Gardner, Appellant Pro Se. Yvonne Victoria Watford–McKinney, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel J. Gardner appeals the district court's amended judgment entered pursuant to Fed.R.Crim.P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gardner,* No. 4:03–cr–00014–H (E.D.N.C. Mar. 23, 2006). We further deny Gardner's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*